ROMER G. TAYLOR v. RAMON A. BRITTAIN AND WIFE, NELLIE TAYLOR BRITTAIN

No. 633PA85

(Filed 3 June 1986)

RESPONDENTS' petition for discretionary review pursuant to N.C.G.S. § 7A-31 of a decision of the Court of Appeals, 76 N.C. App. 574, 334 S.E. 2d 242 (1985), was allowed 18 February 1986. The Court of Appeals reversed partial summary judgment entered by the trial court in favor of the respondents in a special proceeding to establish a boundary line under N.C.G.S. § 38-1, *et seq.* Heard in the Supreme Court 12 May 1986.

*McMurray & McMurray, by John H. McMurray, for respondent-appellants.*

*Simpson, Aycock, Beyer & Simpson, P.A., by Samuel E. Aycock and Michael Doran, for petitioner-appellee.*

PER CURIAM.

The decision of the Court of Appeals reversing entry of partial summary judgment in favor of the respondents and remanding to the trial court for further proceedings is affirmed. We disavow, however, the language of the Court of Appeals relating to the correction deed from the petitioner's grantor to the petitioner and the holding that the deed is void due to the statute of limitations and the intervening rights of the respondents.

Modified and affirmed.